806 A.2d 406

IN THE MATTER OF HOWARD S. DIAMOND, AN ATTORNEY
AT LAW (ATTORNEY NO. 038031985).

October 2, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–040, concluding that **HOWARD S. DIAMOND** of **RANDOLPH,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 1.5(b) (failure to communicate basis of fee in writing), and good cause appearing;

It is ORDERED that **HOWARD S. DIAMOND** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.